sent on
Date: 6-13-2023

Justin Riche
-V.S-
Forrest county jail.

Case # 2:23-cv-00057-TBM-RPM

On Grounds of civil action or dismissed of case.

I Justin Riche am writting the circuit courts of Hattiesburge M.S.. I regard of me sending the application of the certificate to be completed by the Authorized officer of prision accounts that was sent to me in Document #10. I sent it out with a inmate Grievance form to the Ranking C-O's on 6-8-2023 and sent one on the kiosk the same day and I stated on both Grievance forms that I needed it to be done before june 16th 2023 and I have yett to recieve it back in the timly matter that was giving to me because this facility can not follow the law or fediral so please understand where and just what i am dealing with. By due process and my rights where violated. This should have been and/or should be grounds for civil and/or fedital suit, with dismissed of pending case.

Sincerely
Submitted
Justin Riche