**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**OFFICE OF THE CLERK**

*MEMORANDUM*

---

**TO:** Justin Riche
Forrest County Regional Jail
55 Arena Drive
Hattiesburg, MS 39401

**FROM:** Arthur Johnston, Clerk
By: Deputy Clerk

**DATE:** January 12, 2024

**SUBJECT:** Justin Riche v. Forrest County Jail, et al
Civil Action No. 2:23-cv-57-TBM-RPM

Justin Riche v Forrest County Jail, et al
Civil Action No. 2:23-cv-158-KS-MTP

Justin Riche v. Forrest County
Civil Action No. 2:23-cv-183-KS-MTP

This memorandum is written in response to receipt of mail received from you. Before your envelope was opened, there was an offensive odor coming from it. Upon opening the envelope, we found a black substance/object wrapped in clear paper, at which point the envelope was closed and document left unread.

In this regard, we are returning this mail to you due to the offensive odor and unknown substance/object contained in the envelope. If you wish to have the document filed, please re-write it and return it to this office without the unknown substance/object.

Enc.

*Pro-Se Form P-8*