# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JUSTIN RICHE**                                                                   **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 2:23-cv-00057-TBM-RPM**

**FORREST COUNTY JAIL, et al.**                                 **DEFENDANTS**

## ORDER AMENDING DOCKET

BEFORE THE COURT are *pro se* Plaintiff Justin Riche's Responses [23] [24] [25] to the Court's Order [21]. Plaintiff originally named six Defendants: (1) Forrest County Jail; (2) Unknown Lewis; (3) Major Unknown Carson; (4) Sheriff Charlie Sims; (5) Blaine Stensell; and (6) Captain Unknown Henderson. [1] at 1; [4] at 1-3. Plaintiff now advises the Court that he wants to add Forrest County, Mississippi, as Defendant herein. [23] at 1; [25] at 1. He also clarified that Unknown Lewis's name is "Kelby Lewis," that Major Unknown Carson's name is "Terrell Carson," and that Captain Unknown Henderson's name is "Evan Henderson." [23] at 1-2; [24] at 1; [25] at 2. The Clerk of Court shall amend the docket accordingly.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall add Forrest County, Mississippi, as Defendant herein.

**IT IS, FURTHER, ORDERED** that the Clerk of Court shall replace Unknown Lewis with "Kelby Lewis," Major Unknown Carson with "Major Terrell Carson," and Captain Unknown Henderson with "Captain Evan Henderson" as Defendants herein.

**SO ORDERED,** this 2nd day of April, 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE